**2003–1484. State ex rel. Watkins v. Indus. Comm.**
Franklin App. No. 02AP–337, 2003-Ohio-3109. This cause is pending before the court as an appeal from the Court of Appeals for Franklin County. Upon consideration of appellant's motion for extension of time to file merit brief pursuant to S.Ct.Prac.R. XIV(6)(C),

IT IS ORDERED by the court that the motion for extension of time be, and hereby is, granted, and appellant's merit brief is due on or before April 9, 2004.

## MISCELLANEOUS DISMISSALS

**2003–2162. State ex rel. Forrest v. Anchor Hocking Consumer Glass.**
Franklin App. No. 03AP–190, 2003-Ohio-6077. This cause is pending before the court as an appeal from the Court of Appeals for Franklin County. Upon consideration of appellant's application for dismissal,

IT IS ORDERED by the court that the application for dismissal be, and hereby is, granted.

ACCORDINGLY, IT IS FURTHER ORDERED by the court that this cause be, and hereby is, dismissed.

**2004–0131. Sunset Dev./Sugar Creek, Ltd. v. Greene Cty. Bd. of Revision.**
Board of Tax Appeals, No. 2002–G–2000. This cause is pending before the court as an appeal from the Board of Tax Appeals. Upon consideration of appellant's application for dismissal,

IT IS ORDERED by the court that the application for dismissal be, and hereby is, granted.

ACCORDINGLY, IT IS FURTHER ORDERED by the court that this cause be, and hereby is, dismissed.